**United States District Court, Southern District of New York**

| | |
|---|---|
| DING MING LIU, ET AL. | ) Index No.: 08CV4199 <br> ) <br> ) <br> ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** <br> ) |
| v. | ) |
| JIN JIN COMMERCE CORP., et al. | ) <br> ) <br> ) |
| Defendant | ) |

STATE OF New York: COUNTY OF New York     ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on MAY 05, 2008 at 2:36 PM at 547 2ND AVENUE, NEW YORK, NY, 10016 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN on JANE DOE I, A/K/A "CINDY" therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to XIAO JIE LI, the CO-WORKER of JANE DOE I, A/K/A "CINDY", a person of suitable age and discretion. Said premises is intended recipient's BUSINESS within the state.

On 5/6/2008 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 547 2ND AVENUE, NEW YORK, NY, 10016 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within New York State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Asian    Hair: Black    Glasses: No    Approx. Age: 30    Height: 5'9"    Weight: 140

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*Teddy Valcin* (signature)
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___8th___ day of ___May___, 2008.
My Commission Expires: 3/28/09

Notary Public (signature)
CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600

**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

DING MING LIU, XIANG WEI CHEN, JIAN RONG KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN SHI, SHENG DA WENG, GUO FENG ZHANG, and GUO LI ZHANG

**SUMMONS IN A CIVIL ACTION**

V.

JIN JIN COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JANE DOE I, a/k/a "Cindy", and JANE DOE II, a/k/a "Xiao Yen."

CASE NUMBER: 08 CV 4199

JUDGE DANIELS

TO: (Name and address of Defendant)

Jane Doe I, a/k/a "Cindy"
547 2nd Avenue
New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              MAY 0 2 2008

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                          *Signature of Server*

                              _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court, Southern District of New York

| | |
|---|---|
| DING MING LIU, ET AL. | ) Index No.: 08CV4199 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| JIN JIN COMMERCE CORP., et al. | ) |
| | ) |
| Defendant | ) |

STATE OF New York: COUNTY OF New York    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on MAY 05, 2008 at 2:36 PM at 547 2ND AVENUE, NEW YORK, NY, 10016 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN on HAI BING WANG therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to XIAO JIE LI, the CO-WORKER of HAI BING WANG, a person of suitable age and discretion. Said premises is intended recipient's BUSINESS within the state.

On 5/6/2008 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 547 2ND AVENUE, NEW YORK, NY 10016 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within New York State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Asian    Hair: Black    Glasses: No    Approx. Age: 30    Height: 5'9"    Weight: 140

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin/Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___8TH___ day of ___May___, 2008.

_____    My Commission Expires: 3/28/09
Notary Public    CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern            District of            New York

DING MING LIU, XIANG WEI CHEN, JIAN RONG
KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN
SHI, SHENG DA WENG, GUO FENG ZHANG, and
GUO LI ZHANG

**SUMMONS IN A CIVIL ACTION**

v.

JIN JIN COMMERCE CORP., XIN XIN COMMERCE
CORP., HAI BING WANG, JANE DOE I, a/k/a
"Cindy", and JANE DOE II, a/k/a "Xiao Yen."

CASE NUMBER: 08 CV 4199

JUDGE DANIELS

TO: (Name and address of Defendant)

Hai Bing Wang
547 2nd Avenue
New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE   MAY 0 2 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service ||

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　Date　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**United States District Court, Southern District of New York**

| | |
|---|---|
| DING MING LIU, ET AL. | ) Index No.: 08CV4199 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| JIN JIN COMMERCE CORP., et al. | ) |
| Defendant | ) |

STATE OF New York: COUNTY OF New York    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.  That on MAY 05, 2008 at 2:36 PM at 547 2ND AVENUE, NEW YORK, NY, 10016 deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN on Jane Doe II, a/k/a Xiao Yen therein named (the intended recipient).

**SUITABLE AGE PERSON:**  By delivering a true copy of each to XIAO JIE LI, the CO-WORKER of Jane Doe II, a/k/a Xiao Yen, a person of suitable age and discretion.  Said premises is intended recipient's BUSINESS within the state.

On 5/6/2008 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 547 2ND AVENUE, NEW YORK, NY 10016 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within New York State.

**DESCRIPTION:**  Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Asian    Hair: Black    Glasses: No    Approx. Age: 30    Height: 5'9"    Weight: 140

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Teddy Valcin_
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _8th_ day of _May_, 2008.
_____  My Commission Expires: 3/28/09
Notary Public

**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

DING MING LIU, XIANG WEI CHEN, JIAN RONG KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN SHI, SHENG DA WENG, GUO FENG ZHANG, and GUO LI ZHANG

v.

JIN JIN COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JANE DOE I, a/k/a "Cindy", and JANE DOE II, a/k/a "Xiao Yen."

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-4199

JUDGE DANIELS

TO: (Name and address of Defendant)

Jane Doe II, a/k/a " Xiao Yen
547 2nd Avenue
New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 0 2 2008
CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                        *Signature of Server*

                                                   _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.