# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (+1) 212 903 9259
a.hyun.rich@linklaters.com

The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

**SO ORDERED**

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

JUL 14 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2008

By Fax

July 14, 2008

Re: *Ding Ming Liu et al. v. Jin Jin Commerce Corp. et al.*, No. 08cv04199(GBD)

Dear Judge Daniels:

I represent Plaintiffs Ding Ming Liu, Xiang Wei Chen, Jian Rong Ke, Chuan Jing Lin, Mu Qiu Liu, Zuong Min Shi, Sheng Da Weng, Guo Feng Zhang, and Guo Li Zhang (collectively, the "Plaintiffs") in the above-referenced matter. I write to notify the Court that Defendants Jin Jin Commerce Corp., Xin Xin Commerce Corp., Hai Bing Wang, Jane Doe I, also known as "Cindy," and Jane Doe II, also known as "Xiao Yen" (collectively, the "Defendants"), have not appeared in this matter and, accordingly, respectfully request an adjournment of the July 22, 2008, Initial Pretrial Conference set by the Court's order dated May 8, 2008.

Defendants were served on May 5, 2008. Donna Christie accepted service of process on behalf of the New York Secretary of State, agent of the corporate defendants Jin Jin Commerce Corp. and Xin Xin Commerce Corp. Xiao Jie Li accepted service of process on behalf of his coworkers, individual defendants Hai Bing Wang, Jane Doe I, and Jane Doe II, at their place of business, 547 Second Avenue, New York, New York. The next day, copies of the Summons and Complaint were also mailed by First Class Post to the individual defendants at their place of business.

Plaintiffs respectfully request an adjournment of the Initial Pretrial Conference until September 4, 2008, by which time they intend to have determined whether Defendants will appear in this matter or, in their absence, Plaintiffs will seek default judgments against them.

Respectfully,

*/s/ A Hyun Rich*

A Hyun Rich
Associate

cc: Jin Jin Commerce Corp., Xin Xin Commerce Corp., Hai Bing Wang, Cindy Wang, and Xiao Yen

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Supreme Court of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.