AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

DING MING LIU, XIANG WEI CHEN, JIAN RONG KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN SHI, SHENG DA WENG, GUO FENG ZHANG, and GUO LI ZHANG,

                Plaintiffs,

- against -

JIN JIN COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JANE DOE I, a/k/a "Cindy", and JANE DOE II, a/k/a "Xiao Yen,

                Defendants.

----------------------------------------------------------------------X

**APPEARANCE**

Case No. 08 CIV 4199 (GBD)
HON. GEORGE B. DANIELS USDJ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendants known as JIN JIN COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JIAN-XU SUN and XIAO YAN WANG.

I certify that I am admitted to practice in this court.

July 16, 2008
Date

_/s/ Peter Wessel_
Signature

Peter Wessel      (PW-4164)
Print Name      Bar Number

270 Madison Avenue, Suite 1203
Address

New York   New York   10016-0601
City   State   Zip Code

(212) 532-9700   (212) 202-7522
Phone Number   Fax Number