AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DING MING LIU, XIANG WEI CHEN, JIAN RONG
KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN
SHI, SHENG DA WENG, GUO FENG ZHANG, and
GUO LI ZHANG,

**APPEARANCE**

Plaintiffs,

**Case No. 08 CIV 4199 (GBD)**
**HON. GEORGE B. DANIELS USDJ**

- against -

JIN JIN COMMERCE CORP., XIN XIN COMMERCE
CORP., HAI BING WANG, JANE DOE I, a/k/a
"Cindy", and JANE DOE II, a/k/a "Xiao Yen,

Defendants.

---------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendants known as JIN JIN

COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JIAN-XU

SUN and XIAO YAN WANG.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 16, 2008 | *Peter Wessel* |
| Date | Signature |
| | Peter Wessel    (PW-4164) |
| | Print Name    Bar Number |
| | 270 Madison Avenue, Suite 1203 |
| | Address |
| | New York   New York   10016-0601 |
| | City    State    Zip Code |
| | (212) 532-9700    (212) 202-7522 |
| | Phone Number    Fax Number |