AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
DING MING LIU, XIANG WEI CHEN, JIAN RONG
KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN
SHI, SHENG DA WENG, GUO FENG ZHANG, and
GUO LI ZHANG,

                              APPEARANCE

               Plaintiffs,

                              Case No. 08 CIV 4199 (GBD)
                              HON. GEORGE B. DANIELS USDJ

     - against -

JIN JIN COMMERCE CORP., XIN XIN COMMERCE
CORP., HAI BING WANG, JANE DOE I, a/k/a
"Cindy", and JANE DOE II, a/k/a "Xiao Yen,

              Defendants.
-------------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the Defendants known as JIN JIN COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JIAN-XU SUN and XIAO YAN WANG.

    I certify that I am admitted to practice in this court.

July 16, 2008  
Date

                                     /s/ Peter Wessel
                                     Signature

Peter Wessel           (PW-4164)
Print Name            Bar Number

270 Madison Avenue, Suite 1203
Address

New York    New York    10016-0601
City           State        Zip Code

(212) 532-9700     (212) 202-7522
Phone Number      Fax Number