UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DING MING LIU, XIANG WEI CHEN, JIAN RONG : Docket No. 08 CV 4199 (GBD)
KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN
SHI, SHENG DA WENG, GUO FENG ZHANG and
GUO LI ZHANG,

                Plaintiffs,

                                                        **DECLARATION**

  - against -

JIN JIN COMMERCE CORP., XIN XIN COMMERCE
CORP., HAI BING WANG, JANE DOE I, a/k/a "Cindy,"
and JANE DOE II, a/k/a "Xiao Yen,"

                Defendants.
------------------------------------------------------------------X

      PETER WESSEL, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

      On August 18, 2008, I served a cover letter, Defendants' Notice of Motion to Dismiss, Declaration of PETER WESSEL, ESQ., dated August 18, 2008, Affidavit of HAI BING WANG, sworn to on August 15, 2008, and Memorandum of Law via U.S. Priority Mail to all the attorneys who have appeared on behalf of the Plaintiffs herein, at the last address used by each of them, as follows:

ATTORNEYS DARLING SCHMIT & RICH           DAVID A. COLODNY, ESQ.
LINKLATERS LLP                                        URBAN JUSTICE CENTER
1345 AVENUE OF THE AMERICAS               123 WILLIAM STREET – 16TH FLOOR
NEW YORK, NEW YORK 10105-0302            NEW YORK, NEW YORK 10038-3800

      The mailing to ATTORNEYS DARLING SCHMIT & RICH at LINKLATERS LLP, was sent using Delivery Confirmation Number 0103 8555 7494 3300 3125 and the mailing to DAVID A. COLODNY, ESQ. at URBAN JUSTICE CENTER was sent using Delivery Confirmation Number 0103 8555 7494 1207 2548. A copy of the mailing labels and cover letters are annexed hereto. Mailing was accomplished by placing proper postage on each sealed Priority Mail envelope in the amount of $4.75, and by placing the envelope in a U.S. Postal Service depository on the corner of 40th Street and Madison Avenue in New York, New York

Dated: New York, New York
         August 18, 2008

                                                            _____
                                                            PETER WESSEL (PW 4164)

# LAW OFFICE OF PETER WESSEL, PLLC
### 270 MADISON AVENUE, SUITE 1203
### NEW YORK, NEW YORK 10016-0601
### (212) 421-0101/(212) 202-7522 (fax)

August 18, 2008

HON. GEORGE B. DANIELS, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1316

>   Re: DING MING LIU, XIANG WEI CHEN, JIAN RONG KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN SHI, SHENG DA WENG, GUO FENG ZHANG and GUO LI ZHANG, vs. JIN JIN COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JANE DOE I, a/k/a "Cindy," and JANE DOE II, a/k/a "Xiao Yen" — U.S.D.C. Southern District of New York, Docket No. 08 CV 4199 (GBD)

YOUR HONOR:

Accompanying this cover letter, please find Defendants' Notice of Motion to Dismiss, Declaration, Affidavit, Memorandum of Law and Proof of Service that I am serving via U.S. Priority Mail (Delivery Confirmation Numbers 0103 8555 7494 1207 2548 and 0103 8555 7494 3300 3125) today, on August 18, 2008, pursuant to FRCP 5(b)(2)(C) and which I will also file with the Court electronically. Pursuant to Rule 2B of Your Honor's Rules, a courtesy copy of those papers will be hand delivered to the court tomorrow together with this cover letter.

Respectfully submitted,

PETER WESSEL

Enclosures

cc: LINKLATERS LLP
    Attn.: JOSEPH B. SCHMIT, ESQ.
        A. HYUN RICH, ESQ.
        STERLING P.A. DARLING, JR., ESQ.
    1345 Avenue of the Americas
    New York, New York 10105-0302
    (212) 903-9000/(212) 902-9100 (fax)

    URBAN JUSTICE CENTER
    Attn.: DAVID A. COLODNY, ESQ.
    123 William Street – 16th Floor
    New York, New York 10038-3800
    (646) 459-3006/(212) 533-4598 (fax)



# PRIORITY MAIL
## UNITED STATES POSTAL SERVICE

**INTERNATIONAL RESTRICTIONS:**
**LIMITATIONS ON CONTENT:**
When using Priority Mail, restrictions apply for cash or cash equivalents and hazardous materials may be prohibited.

**WHEN USED INTERNATIONALLY 4 POUND WEIGHT LIMIT APPLIES.**
Additional country-specific prohibitions/restrictions may apply. See International Mail Manual (IMM) country pages for details.

**CUSTOMS:**
For international use affix customs declaration PS Form 2976.



**HOW TO USE:**

**1. Complete Address Area**
Type or Print required return address and addressee information in customer block area or on label.

**2. Payment Method**
Affix postage or meter strip to area indicated in upper right hand corner.

**3. Acceptance**
Bring your Flat Rate Priority Mail envelope to a Post Office, or to schedule pickup of your postage paid envelopes visit us at usps.com/pickup.

*We Deliver!*






Recycled Paper

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY

---

# USPS PRIORITY MAIL®
## Click-N-Ship®

UNITED STATES POSTAL SERVICE®

08/18/08    usps.com
$4.75      US POSTAGE
Flat Rate Env    1 lb 0 oz

0103 8555 7494 3300 3125 0047 5001 0011 0105

Commercial Base Pricing
Mailed from 10016    071V00586909

Ref#: Jin Jin

PETER WESSEL
LAW OFFICE OF PETER WESSEL, PLLC
270 MADISON AVE
RM 1203
NEW YORK NY 10016-0601

SHIP TO: ATTORNEYS DARLING, RICH & SCHMIT
LINKLATERS LLP
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105-0302

ZIP - e/ USPS DELIVERY CONFIRMATION™

420 10105 9101 0385 5574 9433 0031 25

Electronic Rate Approved #03855749



PLEASE PRESS FIRMLY



PRIORITY MAIL
POSTAGE REQUIRED.



EP14F

**LAW OFFICE OF PETER WESSEL, PLLC**
270 MADISON AVENUE, SUITE 1203
NEW YORK, NEW YORK 10016-0601
(212) 421-0101/(212) 202-7522 (fax)

August 18, 2008

HON. GEORGE B. DANIELS, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1316

   Re: *DING MING LIU, XIANG WEI CHEN, JIAN RONG KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN SHI, SHENG DA WENG, GUO FENG ZHANG and GUO LI ZHANG, vs. JIN JIN COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JANE DOE I,* a/k/a *"Cindy,"* and *JANE DOE II,* a/k/a *"Xiao Yen"* — U.S.D.C. Southern District of New York, Docket No. 08 CV 4199 (GBD)

YOUR HONOR:

  Accompanying this cover letter, please find Defendants' Notice of Motion to Dismiss, Declaration, Affidavit, Memorandum of Law and Proof of Service that I am serving via U.S. Priority Mail (Delivery Confirmation Numbers 0103 8555 7494 1207 2548 and 0103 8555 7494 3300 3125) today, on August 18, 2008, pursuant to FRCP 5(b)(2)(C) and which I will also file with the Court electronically. Pursuant to Rule 2B of Your Honor's Rules, a courtesy copy of those papers will be hand delivered to the court tomorrow together with this cover letter.

                    Respectfully submitted,

                    */s/ Peter Wessel*
                    PETER WESSEL

Enclosures

cc: LINKLATERS LLP
   Attn.: JOSEPH B. SCHMIT, ESQ.
       A. HYUN RICH, ESQ.
       STERLING P.A. DARLING, JR., ESQ.
   1345 Avenue of the Americas
   New York, New York 10105-0302
   (212) 903-9000/(212) 902-9100 (fax)

   URBAN JUSTICE CENTER
   Attn.: DAVID A. COLODNY, ESQ.
   123 William Street – 16th Floor
   New York, New York 10038-3800
   (646) 459-3006/(212) 533-4598 (fax)





**USPS PRIORITY MAIL®**

Click-N-Ship®

08/18/08
usps.com
$4.75
US POSTAGE
Flat Rate Env

0103 8555 7494 1207 2548 0047 5001 0011 0038

Commercial Base Pricing
Mailed from 10016   071V00586911

1 lb 0 oz

Ref#: Jin Jin

PETER WESSEL
LAW OFFICE OF PETER WESSEL, PLLC
270 MADISON AVE
RM 1203
NEW YORK NY 10016-0601

SHIP
TO:
DAVID A. COLODNY, ESQ.
URBAN JUSTICE CENTER
123 WILLIAM ST
FL 16
NEW YORK NY 10038-3800

ZIP - e/ USPS DELIVERY CONFIRMATION™

420 10038 9101 0385 5574 9412 0725 48

Electronic Rate Approved #03855574 9