UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DING MING LIU, XIANG WEI CHEN, JIAN RONG KE, CHUAN JING LIN, MU QUI LIU, ZHONG MIN SHI, SHENG DA WENG, GUO FENG ZHANG, GUO LI ZHANG, AND JIA LIN XIAO,

                Plaintiffs,

-v-

JIN JIN COMMERCE CORP., ZIN ZIN COMMERCE CORP., HAI BING WANG, JIAN ZU-SUN, AND ZIAO YAN WANG,

                Defendants.

------------------------------------------------------------------

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 04199(GBD)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Purpose: _____ |
| **X** | Settlement | ___ | Habeas Corpus |
| ___ | Inquest After Default/Damages Hearing | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | All such motions: ___ |

Dated: January 10, 2011

SO ORDERED:

*George B. Daniels*
United States District Judge