USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 05 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DING MING LIU, XIANG WEI CHEN, JIAN RONG KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN SHI, SHENG DA WENG, GUO FENG ZHANG, GUO LI ZHANG, and JIA LIN XIAO,

        Plaintiffs,

-against-

JIN JIN COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JIAN XU-SUN, and XIAO YAN WANG,

        Defendants.

No. 08 CIV. 4199 (GBD)

STIPULATION OF DISMISSAL

  IT IS HEREBY STIPULATED AND AGREED by and among the Settling Plaintiffs and Defendants, that the claims of Plaintiffs Ding Ming Liu, Jia Lin Xiao, Chuan Jing Lin, Mu Qiu Liu, Zhong Min Shi, Sheng Da Weng, and Guo Li Zhang, in the above-captioned action, be dismissed in their entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

  This Court shall retain jurisdiction over this action to enforce the Settlement Agreement, dated August 25, 2011 (the "Agreement"), until performance in full of the terms of the Settlement Agreement, notwithstanding the dismissal of this action with prejudice.

Dated: New York, New York
September 15, 2011

LAW OFFICE OF RICHARD ALAN CHEN

_____
RICHARD ALAN CHEN
*Attorney for Defendants*
41-60 Main Street, #203
Flushing, NY 11355
(718) 886-8181 / (718) 886-8182 (fax)

LINKLATERS LLP

_____
STERLING P.A. DARLING, JR.
*Attorneys for Settling Plaintiffs*
*DING MING LIU,*
*CHUAN JING LIN, MU*
*QIU LIU, ZHONG MIN SHI, SHENG DA*
*WENG, JIA LIN XIAO, and*
*GUO LI ZHANG*
1345 Avenue of the Americas
New York, New York 10105-6026
(212) 903-9000 / (212) 903-9100 (fax)

URBAN JUSTICE CENTER

_____
DAVID A. COLODNY
*Attorneys for Settling Plaintiffs*
*DING MING LIU,*
*CHUAN JING LIN, MU*
*QIU LIU, ZHONG MIN SHI, SHENG DA*
*WENG, JIA LIN XIAO, and GUO LI ZHANG*
123 William Street, 16th Floor
New York, New York 10038-3800
(646) 459-3005 / (212) 533-4598 (fax)

SO ORDERED:

Dated: New York, New York
OCT 05 2011

_____
Hon. George B. Daniels
HON. GEORGE B. DANIELS