UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DING MING LIU, XIANG WEI CHEN, JIAN RONG KE, CHUAN JING LIN, MU QIU LIU, ZHONG MIN SHI, SHENG DA WENG, GUO FENG ZHANG GUO LI ZHANG, and JIA LIN XIAO,

                            Plaintiffs,

-against-

JIN JIN COMMERCE CORP., XIN XIN COMMERCE CORP., HAI BING WANG, JIAN XU-SUN, and XIAO YAN WANG,

                            Defendants.



No. 08 CIV. 4199 (GBD)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among Jian Rong Ke, Xiang Wei Chen, and Guo Feng Zhang ("Dismissing Plaintiffs"), and Jin Jin Commerce Corp., Xin Xin Commerce Corp., Hai Bing Wang, Jian Xu-Sun, and Xiao Yan Wang ("Defendants"), that the Dismissing Plaintiffs' claims in the above-captioned action shall be dismissed in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:     New York, New York
           September 15, 2011

LAW OFFICE OF RICHARD ALAN CHEN

RICHARD ALAN CHEN
*Attorney for Defendants*
41-60 Main Street, #203
Flushing, NY 11355
(718) 886-8181 / (718) 886-8182 (fax)

LINKLATERS LLP

STERLING P.A. DARLING, JR.
1345 Avenue of the Americas
New York, New York 10105-6026
(212) 903-9000 / (212) 903-9100 (fax)

URBAN JUSTICE CENTER

DAVID A. COLODNY
123 William Street, 16th Floor
New York, New York 10038-3800
(646) 459-3006 / (212) 533-4598 (fax)

*Attorneys for Dismissing Plaintiffs*

OCT 07 2011

**SO ORDERED:**

George B. Donald
U.S.D.J.